UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES D. FENSTERMAKER,**

      **Plaintiff,**

v.                                      Case No:  6:13-cv-1944-Orl-41GJK

**LEHMANN MANUFACTURING LLC,
COOPER RAILING LLC, WALTER
LEHMANN and DAWN PAVLIK,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement. (Doc. 30). The United States Magistrate Judge submitted a report recommending that the Motion be granted. (Doc. 31). The parties have filed a Joint Notice of No Objection to the Report. (Doc. 32).

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. The Joint Motion for Approval of Settlement (Doc. 30) is **GRANTED**.

3.  This case is **DISMISSED with prejudice**. The Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 15, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record